1
2
3
4
5

**NO JS-6**

6
7
8

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

9
10

| | |
|---|---|
| 11 TRIPHINA LESLEY | ) Case No: **5:15-cv-01696 DDP-DTB** |
| 12           Plaintiff, | ) |
| 13    vs. | ) *Hon. Dean D. Pregerson* |
| 14 BANK OF AMERICA, N.A.; THE | ) **JUDGMENT OF DISMISSAL WITH** |
| 15 WOLF FIRM, A LAW | ) **PREJUDICE IN FAVOR OF FAY** |
| 16 CORPORATION; FAY SERVICING, | ) **SERVICING, LLC ONLY** |
|    LLC; AND DOES 1 through 20 | ) |
| 17           Defendants. | ) |
| 18 | ) |

19      On December 9, 2015, Defendant Fay Loan Servicing, LLC's ("Fay")

20 Motion to Dismiss Plaintiff Triphina Lesley's ("Lesley") First Amended

21 Complaint was granted with prejudice. Accordingly, Judgment of Dismissal With

22 Prejudice is hereby entered in favor of Fay and against Lesley.

23

24 **IT IS SO ORDERED**

25

26 Dated:  December 16, 2015

27                              Hon. Dean D. Pregerson
                             UNITED STATES DISTRICT JUDGE

28

JUDGMENT OF DISMISSAL WITH PREJUDICE
*Triphina Lesley v. Bank of America, N.A.,* - Case No.**5:15-cv-01696-DDP-DTB**