JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRIPHINA LESLEY, | ) | Case No. EDCV 15-01696 DDP (DTBx) |
| Plaintiffs, | ) ) | **ORDER OF DISMISSAL** |
| v. | ) ) | |
| BANK OF AMERICA, N.A.; THE WOLF FIRM, A LAW CORPORATION; FAY SERVICING, LLC, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed in its entirety with prejudice, as to all causes of action.

Each party shall bear its own fees and costs incurred in connection with this action.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: July 8, 2016

DEAN D. PREGERSON
United States District Judge